# IN THE SUPREME COURT OF THE STATE OF NEVADA

KAREN JULISSA RIVERA-BLANDON,
Appellant,
vs.
DARWIN JOSUE BORJAS-RAMIREZ,
Respondent.

No. 70326

**FILED**

JUN 20 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Mathew Harter, District Judge
      Legal Aid Center of Southern Nevada, Inc.
      Darwin Josue Borjas-Ramirez
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-19222